IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERTO C. RIVERA, | :  |
| Plaintiff | : |
| | : CIVIL NO. 3:CV-10-0505 |
| v. | : |
| | : (Judge Caputo) |
| GOVERNOR ED RENDELL, *et al.*, | : |
| Defendants | : |

# ORDER

**AND NOW**, this __12th__ day of **MAY, 2017**, upon consideration of Mr. Rivera's Motion to File an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a), it is ordered that the motion (ECF No. 225) is **DENIED**.

A. RICHARD CAPUTO
United States District Judge