# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERTO C. RIVERA,

   Plaintiff,

v.

GOVERNOR ED RENDELL, *et al.*,

   Defendants.

NO. 3:10-CV-0505

(JUDGE CAPUTO)

## **ORDER**

**NOW**, this 2nd day of August, 2018, **IT IS HEREBY ORDERED** that:

(1) The Motion for Summary Judgment (Doc. 245) filed by Defendant Jerome Walsh is **GRANTED**.

(2) Judgment is **ENTERED** in **FAVOR** of Defendant Walsh and **AGAINST** Plaintiff Roberto C. Rivera on the sole remaining claim in this action, *i.e.*, Plaintiff's claim that Defendant Walsh was deliberately indifferent to his serious mental health needs in March 2009 when failing to reinstate his Z Code status.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

                                                  A. Richard Caputo
                                                  A. Richard Caputo
                                                  United States District Judge